IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | 8:15CV173 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner Billy Tyler's Motion for Reconsideration. (Filing No. 8.) Tyler seeks reconsideration of this court's order dated August 26, 2015, in which the court dismissed his Petition for Writ of Habeas Corpus. The court has carefully reviewed the Motion for Reconsideration and finds no good cause for reconsideration of any portion of its order. In addition, this case is closed and Tyler is not entitled to discovery or the appointment of counsel.

IT IS THEREFORE ORDERED that: Tyler's Motion for Reconsideration (Filing No. 8) is denied. In addition, Tyler's Motion for Discovery (Filing No. 7) and Motion for Appointment of Counsel (Filing No. 9) are also denied.

DATED this 6th day of November, 2015.

BY THE COURT:

s/ Joseph F. Bataillon

Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.